Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  22−15168−RG
        Chapter:  13
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Soojae Kim
   55 Tanager Court
   Wayne, NJ 07470

Social Security No.:
   xxx−xx−3189

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 8, 2022.

Dated: September 8, 2022
JAN: rah

                                Jeanne Naughton
                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-15168-RG |
| Soojae Kim | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 08, 2022 | Form ID: plncf13 | Total Noticed: 15 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Soojae Kim, 55 Tanager Court, Wayne, NJ 07470-8435 |
| 519647011 | + | The Bank of New York Mellon Trust Co, N., C/O KML Law Group, PC, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 08 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 08 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 08 2022 20:47:31 | CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ON, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118-7901 |
| 519647006 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 08 2022 20:39:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519647007 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 08 2022 20:47:26 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519647008 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 08 2022 20:47:34 | Capital One Auto Finance, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 519653947 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 08 2022 20:47:48 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519665246 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 08 2022 20:47:50 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519654748 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 08 2022 20:47:11 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519647009 | + | Email/Text: Mercury@ebn.phinsolutions.com | Sep 08 2022 20:39:00 | Mercury/FBT, Po Box 84064, Columbus, GA 31908-4064 |
| 519691144 | | Email/Text: bnc-quantum@quantum3group.com | Sep 08 2022 20:40:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 519647010 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 08 2022 20:40:00 | Select Portfolio Services, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519647011 | ^ | MEBN | Sep 08 2022 20:38:09 | The Bank of New York Mellon Trust Co, N., C/O KML Law Group, PC, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 519698344 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 08 2022 20:40:00 | The Bank of New York Mellon at. el, c/o Select |

Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2022            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon as Trustee for the MASTR Alternative Loan Trust 2003-5 Mortgage Pass-through Certificates Series 2003-5 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin C. Fayette | on behalf of Debtor Soojae Kim kfayette@kevinfayette.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4