KEVIN C. FAYETTE
LAW OFFICES OF KEVIN FAYETTE, LLC
1675 WHITEHORSE MERCERVILLE ROAD
SUITE 204
HAMILTON, NJ  08619

| Re: | SOOJAE KIM | Atty: | KEVIN C. FAYETTE |
|---|---|---|---|
|  | 55 TANAGER COURT |  | LAW OFFICES OF KEVIN FAYETTE, LLC |
|  | WAYNE, NJ 07470 |  | 1675 WHITEHORSE MERCERVILLE ROAD |
|  |  |  | SUITE 204 |
|  |  |  | HAMILTON, NJ 08619 |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 22-15168

**NOTE:**  THIS IS A BASE PLAN IN THE AMOUNT OF $10,800.00

## RECEIPTS AS OF 01/13/2023                                  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/16/2022 | $300.00 | 27842617113 | 09/13/2022 | $300.00 | 27783970108 |
| 11/01/2022 | $600.00 | 28352401198 | 11/09/2022 | $300.00 | 27783974338 |

**Total Receipts: $1,500.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $1,500.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023          (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN |  |  | 70.50 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 1,429.50 | 2,320.50 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA | MORTGAGE ARR | 0.00 | 100.00% | 0.00 |  |
| 0002 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 558.23 | * | 0.00 |  |
| 0003 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURE | 213.13 | 100.00% | 0.00 |  |
| 0004 | QUANTUM3 GROUP LLC | UNSECURED | 816.73 | * | 0.00 |  |
| 0006 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARR | 307,942.74 | 100.00% | 0.00 |  |

**Total Paid:  $1,500.00**
See Summary

**Chapter 13 Case # 22-15168**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $1,500.00         -     Paid to Claims: $0.00          -     Admin Costs Paid: $1,500.00     =    Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.